UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

In Re: Chapter 13

Rickey Lynn Smith, Case No.: 23-21100-L

Debtor.

---

MOTION FOR RELIEF FROM STAY FOR THE PREMISES LOCATED AT
6301 VILLAGE GROVE DRIVE, #151, MEMPHIS, SHELBY COUNTY, TENNESSEE
EXPEDITED HEARING REQUESTED

---

TO THE HONORABLE JENNIE D. LATTA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TENNESSEE:

Comes now your Movant, The Elevation at Autumn Ridge, and would show unto the Court for its Motion for Relief from Stay as follows:

I.

That the Debtor filed this case on March 3, 2023.

II.

That the Debtor has not paid his rent April, 2023 rent, which is post-petition;

III.

That Debtor contractually owes rent from November, 2022 through April, 2023, with April rent being post-petition;

IV.

That the Debtor made no provisions in his Plan to pay the rental arrearage. That Creditor, The Elevation at Autumn Ridge, is not adequately protected.

V.

That your Movant believes and avers that it should be granted relief from the Section 362 Automatic Stay issued upon the filing of this cause in order that it might continue efforts to regain possession of the premises at 6301 Village Grove Drive, #151, Memphis, Shelby County, Tennessee. To do otherwise puts the Movant in the position of being unable to exercise the Movant's right to possession of the property and in the position of being unable to treat all tenants alike regarding the Movant's standard policy on failure to pay rent. That the Debtor has made no provisions for payment of the rent arrearage under the Chapter 13 Plan. That there is no Debtor's equity in the property. Your Movant would show that it suffers immeasurable harm and damages as a result of not being able to obtain rent or possession of the property to relet same, and it is entitled to the relief sought.

V.

The Movant believes that due to the fact that the Debtor has failed to pay his post-petition rent and made no provisions in his Chapter 13 Plan for payment of his rental arrearage, and that he contractually owes for November, 2022 through April, 2023, with April being post-petition, that it is in the best interest of the Movant that the automatic stay be lifted and the Movant be allowed to proceed with all normal eviction procedures in this cause.

WHEREFORE PREMISES CONSIDERED, THE MOVANT PRAYS:

1. That after notice to all parties, an expedited hearing be held in this cause;

2. That, at the hearing of this cause, the Court grant the Movant relief from the Automatic Stay issued pursuant to 11 U.S.C. §362, allow the Movant to proceed under law in the state courts of Shelby County, Tennessee, with proceedings to and allow it to evict the Debtor, pursuant to the terms of the Lease, and take such actions as may be necessary to enforce the

rulings of the General Sessions Court of Shelby County, Tennessee;

3. That, in the alternative, the Court provide such relief in the form of adequate protection as the Court may find necessary and equitable in the cause;

4. That Debtor pay filing fees in the amount of $188.00 to the Movant for the filing this motion, and that Movant's attorney be awarded an attorney's fee pursuant to the contract between the Movant and the Debtor for having had to file a motion in this matter; and

5. For such other further, and general relief to which the Movant may be entitled in the premises.

Respectfully submitted,

By: /s/ Ben G. Sissman
Ben G. Sissman, #7689
Attorney for Movant
44 North Second Street, Suite 403
Memphis, TN 38103-2269
(901) 525-4414

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Motion for Relief from Stay* has been sent either via U. S. Mail or electronic mail to the following entities on this 28th day of April, 2023;

Rickey Lynn Smith
6301 Village Grove Drive, #151
Memphis TN 38115

Debtor's Attorney
Chapter 13 Trustee
Creditor

/s/ Ben G. Sissman
Ben G. Sissman